# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TANA KIDWELL,
HANNAH KIDWELL, and
BILLY KIDWELL,

      Plaintiffs,

v.                                       Case No. 4:18cv18-MW/CAS

JIMMY PATRONIS, et al.,

      Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 31, and has also reviewed *de novo* Plaintiffs' objections to the report and recommendation along with Plaintiffs' Motion to Accept Late Filing of Objections to Magistrate's Report and Recommendation. ECF Nos. 35 and 36. Accordingly,

      **IT IS ORDERED** as follows:

      1.     Plaintiffs' motion to accept late filings, ECF No. 35, is **GRANTED** and Plaintiffs' objections, ECF No. 36, are accepted as timely filed.

      2.     The report and recommendation is **accepted and adopted**, over Plaintiffs' objections, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiffs' failure to

1

prosecute and failure to comply with an order of this Court." The Clerk shall close the file. The Clerk shall further ensure that each Plaintiff receive a copy of this Order by mail to 5064 Silver Bell Drive, Port Charlotte, FL 33948.

**SO ORDERED on April 25, 2018.**

<u>**s/Mark E. Walker**</u>    ____
**United States District Judge**